**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | **Debtor's name** | LM Fund One Limited (In Official Liquidation) |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>☑ Other Company Number. Describe identifier 322786.<br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– ___ ___ ___ ___<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___<br>☐ Other _____. Describe identifier _____. |
| 3. | **Name of foreign representative(s)** | Mark Longbottom and Kenneth Krys, Joint Official Liquidators |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | Grand Court of the Cayman Islands FSD Cause No. 255 of 2023 |
| 5. | **Nature of the foreign proceeding** | *Check one:*<br>☐ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____<br>_____ |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

| Debtor | LM Fund One Limited (In Official Liquidation) | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

8. **Others entitled to notice**    Attach a list containing the names and addresses of:

   (i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   Cayman Islands

   **Debtor's registered office:**

   Building 3, 23 Lime Tree Bay Avenue
   Number      Street

   PO Box 31237
   P.O. Box

   George Town                    KY        11002
   City       State/Province/Region   ZIP/Postal Code

   Grand Cayman, Cayman Islands
   Country

   **Individual debtor's habitual residence:**

   _____
   Number      Street

   _____
   P.O. Box

   _____
   City       State/Province/Region   ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   Building 3, 23 Lime Tree Bay Avenue
   Number      Street

   PO Box 31237
   P.O. Box

   George Town KY1-1205           KY        11002
   City       State/Province/Region   ZIP/Postal Code

   Grand Cayman, Cayman Islands
   Country

10. **Debtor's website** (URL)   _____

11. **Type of debtor**

    *Check one:*

    ☑ Non-individual (*check one*):

    ☐ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☑ Other.  Specify: Exempted company

    ☐ Individual

Official Form 401        Chapter 15 Petition for Recognition of a Foreign Proceeding        page 2

Debtor  **LM Fund One Limited (In Official Liquidation)**      Case number (*if known*)_____
              Name

| 12. | **Why is venue proper in *this district*?** | Check one: |
|---|---|---|
| | | ☑ Debtor's principal place of business or principal assets in the United States are in this district. |
| | | ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____. |
| | | ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____. |

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ ___*/s/ M. Longbottom*_____     Mark Longbottom
Signature of foreign representative       Printed name

Executed on   09/06/2024
              MM / DD / YYYY

✗ ___*/s/*_____     Kenneth Krys
Signature of foreign representative       Printed name

Executed on   _09/06/2024_____
              MM / DD / YYYY

**14. Signature of attorney**

✗ ___/S/ Andrea S. Hartley_____     Date   _09/06/2024____
Signature of Attorney for foreign representative                MM / DD / YYYY

Andrea S. Hartley
Printed name

Akerman LLP
Firm name

98 Southeast Seventh Street, Suite 1100
Number        Street

Miami                                           FL        33131
City                                            State     ZIP Code

(305) 374-5600                                  andrea.hartley@akerman.com
Contact phone                                   Email address

864234                                          Florida
Bar number                                      State

Official Form 401        Chapter 15 Petition for Recognition of a Foreign Proceeding        page 3

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| LM FUND ONE LIMITED (In Official Liquidation),[1] | ) | Case No. |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |

**OFFICIAL FORM 401 CHAPTER 15 PETITION CONSOLIDATED ATTACHMENTS**

Item 6.  Certified English translations of the decisions commencing the foreign proceeding, appointing the foreign representatives, and granting them additional powers.

---

[1] The Debtor in this chapter 15 case, along with the last four digits of the Debtor's identification number, are: LM Fund One Limited (In Official Liquidation) (2786) . The location of the Debtor's service address for the purpose of this chapter 15 case is c/o KRyS Global, 23 Lime Tree Bay Avenue, PO Box 31237, Grand Cayman KY1-1205, Cayman Islands

77666227;1



IN THE GRAND COURT OF THE CAYMAN ISLANDS
FINANCIAL SERVICES DIVISION

CAUSE NO: FSD 255 OF 2023 (IKJ)

The Honourable Mr Justice Kawaley

IN THE MATTER OF the Companies Act (2023 Revision)

AND IN THE MATTER OF LM FUND ONE LTD

―――――――――――――――――――――

**WINDING UP ORDER**

―――――――――――――――――――――

**UPON HEARING** the Petition of Ning Du (the "**Petitioner**") for the appointment of Joint Official Liquidators over LM Fund One Ltd (the "**Company**") dated 4 September 2023 (the "**Petition**")

**AND UPON** reading the First Affidavit of Ning Du sworn on 4th August 2023, the First Affidavit of Mark Longbottom sworn on 24th August 2023, the First Affidavit of Michael Lam sworn on 24th August 2023, the First Affidavit of Monina Thompson sworn on 24th August 2023 and the Second Affidavit of Monina Thompson sworn on 8th September 2023

**AND UPON** hearing counsel for the Petitioner

**AND UPON** there being no appearance on behalf of the Company

**IT IS ORDERED** as follows:-

1. Mr Mark Longbottom and Mr Michael Lam both of Krys & Associates Cayman Ltd t/a KRyS Global, Governors Square, Building 3 Ground Floor, 23 Lime Tree Bay Avenue, Grand Cayman KY1-1205 be appointed as joint official liquidators of the Company (the **"JOLs"**).

2. The JOLs shall not be required to give security for their appointment.

3. In addition to the powers prescribed in Part II of the Third Schedule to the Companies Act (2023 Revision) (the "**Companies Act**") which are exercisable without sanction of the Court,

    the JOLs are hereby sanctioned to exercise the following powers set out in Part I of the Third Schedule of the Companies Act:

    3.1. engage staff (whether or not as employees of the Company) to assist the JOLs in the performance of their functions;

    3.2. engage attorneys and other professionally qualified persons to assist the JOLs in the performance of their functions, including in the United States, the United Kingdom, the Seychelles and/or in Greece, and on such terms as the JOLs may think fit, and to remunerate them out of the assets of the Company as an expense of the official liquidation;

    3.3. bring legal proceedings in Hong Kong, the People's Republic of China, or Singapore (or in such other jurisdiction as the JOLs may deem necessary) in order to seek recognition of their appointment (if so advised), without further order of this Court; and

    3.4. control and otherwise deal with all existing bank accounts in the name of the Company and to open new bank accounts in the name of the Company.

4. The powers bestowed upon the JOLs may be exercised by them within and outside of the Cayman Islands.

5. The JOLs are authorised to render and pay invoices out of the assets of the Company for their own remuneration, and are also authorised to meet all disbursements in connection with the performance of their duties out of the assets of the Company as an expense of the official liquidation.

6. No suit, action or other proceeding may be proceeded with or commenced against the Company except with the leave of the Court and subject to such terms as the Court may impose.

7. No disposition of the Company's property by or with the authority of the JOLs in carrying out their duties and functions and exercise of their powers under this Order shall be voided by virtue of section 99 of the Companies Act.

8. The JOLs be at liberty to apply generally.

9. The Petitioner's costs of this Petition shall be paid out of the assets of the Company, as an expense of the official liquidation.

Dated the 24th day of October 2023

Filed the 24th day of October 2023

_____
**The Honourable Mr Justice Kawaley**
**JUDGE OF THE GRAND COURT**

**This Order** was filed by Nelsons, Attorneys-at-Law for the Petitioner, whose address for service is at Grand Pavilion, Bougainvillea Way, George Town, Grand Cayman



IN THE GRAND COURT OF THE CAYMAN ISLANDS
FINANCIAL SERVICES DIVISION
THE HONOURABLE JUSTICE KAWALEY

CAUSE NO. FSD 255 OF 2023 (IKJ)

IN THE MATTER OF THE COMPANIES ACT (2023 REVISION)

AND IN THE MATTER OF LM FUND ONE LTD ("Company")

### ORDER

**UPON** the application of Mark Longbottom and Michael Lam, Joint Official Liquidators of the Company by Summons dated 6 June 2024

**AND UPON** reading the First Affidavit of Kenneth Melvin Krys sworn on 10 May 2024 and the Second Affidavit of Michael Lam sworn on 31 May 2024

**AND UPON** the Court having determined that the application is suitable for determination on the papers without a hearing

**IT IS ORDERED THAT**

1. Michael Lam of Krys & Associates Cayman Ltd T/A KRyS Global, Governors Square, Building 3 Ground Floor, 23 Lime Tree Bay Avenue, Grand Cayman KY1-1205, Cayman Islands is hereby released from the performance of any further duties as Joint Official Liquidator of the Company without the need for any report and accounts to be prepared;

This **ORDER** is filed by Nelsons, attorneys for the Joint Official Liquidators, whose address for service is Grand Pavilion, 802 West Bay Road, PO Box 20069, George Town KY1 1201, Grand Cayman.

2. Kenneth Melvin Krys of Krys & Associates Cayman Ltd T/A KRyS Global, Governors Square, Building 3 Ground Floor, 23 Lime Tree Bay Avenue, Grand Cayman KY1-1205, Cayman Islands is hereby appointed as one of the Joint Official Liquidators of the Company;

3. The Joint Official Liquidators' costs of and incidental to this application be paid by Krys & Associates Cayman Ltd T/A KRyS Global.

Dated this 5 day of July 2024

Filed this 5 day of July 2024

_____
**The Honourable Justice Ian Kawaley**
**JUDGE OF THE GRAND COURT**

This **ORDER** is filed by Nelsons, attorneys for the Joint Official Liquidators, whose address for service is Grand Pavilion, 802 West Bay Road, PO Box 0069, George Town KY1 1201, Grand Cayman.

FSD2023-0255                     Page 2 of 2                          2024-07-05

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| LM FUND ONE LIMITED (In Official Liquidation),[1] | ) | |
| | ) | Case No. |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |

**OFFICIAL FORM 401 CHAPTER 15 PETITION CONSOLIDATED ATTACHMENTS**

Item 7.  Statement Identifying Foreign Proceedings.

There is only one foreign proceeding, the Cayman Proceeding,[2] as that term is defined in section 101(23) of the Bankruptcy Code that I am aware of with respect to the Debtor.

I, Mark Longbottom, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that this information is true and correct.

Solely in its capacity as court-appointed Foreign Representative, not in its personal or corporate capacity.

Dated: September 5, 2024
Grand Cayman, Cayman Islands

Mark Longbottom
Joint Official Liquidator
LM Fund One Limited (In Official Liquidation)

---

[1] The Debtor in this chapter 15 case, along with the last four digits of the Debtor's identification number, are: LM Fund One Limited (In Official Liquidation) (2786) . The location of the Debtor's service address for the purpose of this chapter 15 case is c/o KRyS Global, 23 Lime Tree Bay Avenue, PO Box 31237, Grand Cayman KY1-1205, Cayman Islands.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Verified Petition.

77666269;2

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| LM FUND ONE LIMITED (In Official Liquidation),[1] | ) | |
| | ) | Case No. |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |

**OFFICIAL FORM 401 CHAPTER 15 PETITION CONSOLIDATED ATTACHMENTS**

Item 8.  Disclosure Pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure.

---

[1] The Debtor in this chapter 15 case, along with the last four digits of the Debtor's identification number, are: LM Fund One Limited. (In Official Liquidation) (2786) . The location of the Debtor's service address for the purpose of this chapter 15 case is c/o KRyS Global, 23 Lime Tree Bay Avenue, PO Box 31237, Grand Cayman KY1-1205, Cayman Islands

77666280;2

      I, Mark Longbottom, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the information in the attached list is true and correct.

Dated: September 5, 2024  
Grand Cayman, Cayman Islands

By: Mark Longbottom  
Joint Official Liquidator  
LM Fund One Limited (In Official Liquidation)

77666280;2

## List of Entities Entitled to Notice
## Pursuant to Bankruptcy Rules 1007(a)(4) and 2002(g)

**All persons or bodies authorized to administer foreign proceedings of the Debtors.**

Mark Longbottom and Kenneth Krys
Joint Official Liquidators of LM Fund One Ltd. (In Official Liquidation)
c/o KRyS Global
Governors Square, Building 3 Ground Floor
23 Lime Tree Bay Avenue
Grand Cayman  KY1-1205
Cayman Islands

**All parties to litigation pending in the United States in which either Debtor is a party at the time of filing of the petition.**

East West Bank[2]
c/o Ashley Neglia
135 N. Los Robles Ave., 3rd  Fl.
Pasadena, CA 91101

**Entities against whom provisional relief is sought.**

None.  The Debtor reserves all rights to seek provisional relief in the future.

The Debtor reserves its right to amend and supplement this statement at any time.

---

[2] The Foreign Representatives have an action pending under 28 U.S.C. § 1782 against East West Bank. Although the Foreign Representatives do not believe that this qualifies as "litigation," it is listed out of an abundance of caution.

77666280;2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| LM FUND ONE LIMITED (In Official Liquidation),[1] | ) | Case No. |
| | ) | |
| Debtors in a Foreign Proceeding. | ) | |
| | ) | |

**OFFICIAL FORM 401 CHAPTER 15 PETITION CONSOLIDATED ATTACHMENTS**

Item 11.  A Corporate ownership statement containing the information described in Rule 7007.1 of the Federal Rules of Bankruptcy Procedure.

1. Airstream Investment Ltd. owns 100% of the management shares in the Debtor.

---

[1] The Debtor in this chapter 15 case, along with the last four digits of the Debtor's identification number, are: LM Fund One Limited (In Official Liquidation) (2786) . The location of the Debtor's service address for the purpose of this chapter 15 case is c/o KRyS Global, 23 Lime Tree Bay Avenue, PO Box 31237, Grand Cayman KY1-1205, Cayman Islands

77666223;2

      I, Mark Longbottom, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the information in the attached list is true and correct.

Dated: September 5, 2024  
Grand Cayman, Cayman Islands

                                      Mark Longbottom  
                                      Joint Official Liquidator  
                                      LM Fund One Limited (In Official Liquidation)